U.S. District Court
District of Connecticut

FILED
2016 NOV 10 AM 11:33
US DISTRICT COURT
BRIDGEPORT CT

Edward Vines
V.
Janssen Pharmaceuticals, et. AL.

Case No. 3:16-cv-327 (MPS)

October 7, 2016

### Request for Calendar and Status of the Case

The pro se plaintiff, Edward Vines, hereby request that the clerk of the court act upon the above caption case that was remanded on 7-25-16 by the U.S. Court of Appeals, and that he be provided with a calendar and status of the case.

Respectfully,
Edward Vines

### Notice of My New Address

The plaintiff hereby give notice of his new address, which is as followed:

Edward Vines #181047
Garner Correctional Institution
50 Nunnawauk Road
Newtown, CT 06470

x Edward Vines