Edward Vines
44 Limes PL.
Stratford, Ct. 06615

WESTCHESTER NY 105
25 DEC 2017 PM 3L



FOREVER
USA

U.S. District Court
office of the clerk
450 main St.
Hartford, Ct. 06103

06103-307996