UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Docket No. 3:16-CV-00327-mps

Vines
v.
Janssen Pharmaceuticals, et al

Date: 12-21-17

## Motion to Amend Summons

The pro se Plaintiff, Edward Vines, hereby motions the court to Amend Summons issued and/or not issued in the above captioned case. Plaintiff Requests that Summons be amended and that a new response date be issued.

However, this motion will bee moot if Plaintiff's attached motion for waiver of service of summons is agreed to by all defendants and/or granted by the court.

Respectfully,
Edward Vines